Robert A. Bailey (# 214688)
 rbailey@afrct.com
Daniel A. Armstrong (#270175)
 darmstrong@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously named herein as "Wells Fargo Bank, N.A., aka Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and f/k/a Wachovia Mortgage, FSB")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTAL RICKMAN, | CASE NO.: 4:12-CV-00146-DMR |
| Plaintiffs, | [The Honorable Magistrate Judge Donna M. Ryu] |
| v. | |
| NDEx WEST, L.L.C.; WELLS FARGO BANK, N.A., aka WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. and F/k/a WACHOVIA MORTGAGE, FSB and DOES 1-50, inclusive, | **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT AND EXTEND TIME FOR RESPONSE TO FIRST AMENDED COMPLAINT** |
| | Date: March 22, 2012<br>Time: 11:00 a.m.<br>Ctrm: 4 |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE**

**MAGISTRATE JUDGE DONNA M. RYU:**

Plaintiff Chantal Rickman and Defendants NDeX West, L.L.C. and Wells Fargo Bank,

N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,

FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (collectively "Defendants") through their

1

CASE NO.: 4:12-CV-00146-DMR
STIPULATION

1  respective counsel, hereby stipulate that (1) this case be remanded to the Superior Court of
2  California for the County of Contra Costa; (2) the hearings currently scheduled for March 22,
3  2012 on Wells Fargo's Motion to Dismiss and Plaintiff's Motion to Amend Complaint and
4  Motion to Remand to State Court should be vacated; (3) Plaintiff shall file the first amended
5  complaint in the Superior Court of California for the County of Contra Costa and Defendants
6  will file a response to the first amended complaint within 30 days of its filing date in state court.

**RECITALS**

1. On December 13, 2011, Plaintiff filed her complaint in the Superior Court of California for the County of Contra Costa for a judicial determination of the parties' lien priorities and interests in the real property located at 2906 Morgan Drive, San Ramon, California (the "Property") and to stop Wells Fargo from foreclosing on the Property until the determination was made.

2. On January 9, 2012, Defendants removed this action to the United States District Court for the Northern District of California on the basis of diversity jurisdiction under 28 U.S.C. §1332.

3. On January 30, 2012, Wells Fargo filed a Motion to Dismiss Complaint which was set for hearing on March 22, 2012.

4. On February 9, 2012, Plaintiff filed a first amended complaint adding Kristen Valperga and Placer Foreclosure Inc. as parties to the action. On the same day, Plaintiff also filed a First Motion to Amend/Correct Original Complaint, which was set for hearing on March 22, 2012.

5. On February 10, 2012, Plaintiff filed a Second Motion to Remand to State Court, which was set for hearing on March 22, 2012.

**STIPULATION**

THE PARTIES HEREBY STIPULATE:

1. That this case be remanded to the Superior Court of California for the County of Contra Costa;

2. The hearings currently scheduled for March 22, 2012 on Wells Fargo's Motion to

Dismiss and Plaintiff's Motion to Amend Complaint and Motion to Remand to State Court are accordingly moot and should be vacated; and

3. Plaintiff shall file the first amended complaint in the Superior Court of California for the County of Contra Costa and Defendants will file a response to the first amended complaint within 30 days of its filing date in state court.

IT IS SO STIPULATED.

Dated: February 20, 2012          LAW OFFICES OF WAYNE V.R. SMITH

                                  By: /s/ Wayne V.R. Smith
                                         Wayne V.R. Smith

                                  Attorney for Plaintiff
                                  Chantal Rickman

Dated: February 21, 2012          ANGLIN, FLEWELLING, RASMUSSEN,
                                  CAMPBELL & TRYTTEN LLP

                                  By: /s/ Daniel Armstrong
                                         Daniel Armstrong

                                  Attorneys for Defendant
                                  WELLS FARGO BANK, N.A., successor by
                                  merger with Wells Fargo Bank Southwest, N.A.,
                                  f/k/a Wachovia Mortgage, FSB, f/k/a World
                                  Savings Bank, FSB ("Wells Fargo")

Dated: February 21, 2012          BARRETT DAFFIN FRAPPIER TREDER &
                                  WEISS, LLP

                                  By: 
                                         Edward A. Treder

                                  Attorneys for Defendant
                                  NDeX West, L.L.C.

# ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that this case is remanded to the Superior Court of California for the County of Contra Costa;

IT IS FURTHER ORDERED that the hearings currently scheduled for March 22, 2012 on Wells Fargo's Motion to Dismiss and Plaintiff's Motion to Amend Complaint and Motion to Remand to State Court are vacated.

DATED: February 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu